FILED
CLERK, U.S. DISTRICT COURT

6/4/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON BOOKS LIMITED, a U.K. limited liability company,<br><br>   Plaintiff,<br><br>   v.<br><br>JUNO PRODUCTIONS, LLC, a California limited liability company, and DOES 1 through 20, inclusive,<br><br>   Defendants. | Case No. 14-CV-1596-MWF (SHx)<br><br>Assigned to the Honorable Michael W. Fitzgerald<br><br>**ORDER DISMISSING ACTION, WITH PREJUDICE** |

   The Court, having received and considered the Stipulation and Request of plaintiff Carlton Books Limited ("Carlton") and defendant Juno Productions, LLC ("Juno") for dismissal of the instant action, with prejudice, and finding good cause exists therefore,

   IT IS HEREBY ORDERED that the instant action, in its entirety, be dismissed with prejudice.

Dated: June 4, 2015

_____
Honorable Michael W. Fitzgerald
Judge Presiding